UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Tim Toth

          Plaintiff(s),

vs.

Cavalry Portfolio Services

          Defendant(s).

Case #2:13-cv-01397-KJD-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

    Christopher M. Spain, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Simmonds & Narita LLP
(firm name)

with offices at 44 Montgomery Street, Suite 3010,
(street address)

San Francisco, California, 94104,
(city) (state) (zip code)

415-283-1000, cspain@snllp.com
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Cavalry Portfolio Services, LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since December 2, 2009 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Central District of California | January 4, 2010 | N/A |
| USDC Northern District of California | May 22, 2012 | N/A |
| USDC Southern District of California | May 10, 2012 | N/A |
| USDC Eastern District of California | May 21, 2012 | N/A |
| USDC District Colorado | May 11, 2012 | N/A |
| USDC Southern District of Texas | November 3, 2011 | N/A |
| State Bar of Texas | May 6, 2011 | 24076709 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

2

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of California, SBN 265465
State Bar of Texas, SBN 24076709

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF ___California___ )
COUNTY OF ___San Francisco___ )

___Christopher M. Spain___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

_____
Notary Public or Clerk of Court

*See attached ack.*
*Jo Catton 09-17-13*

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Jessica A. Green___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Lipson, Neilson, Cole, Seltzer & Garin, P.C., 9080 W. Post Road, Suite 100___,
(street address)

___Las Vegas___, ___Nevada___, ___89148___,
(city)   (state)   (zip code)

___702-382-1500___, ___jgreen@lipsonneilson.com___.
(area code + telephone number)   (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jessica A. Green_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____[signature]_____
(Party signature)

Cavalry Portfolio Services
(Party signature)

Penny Shemtob, Litigation Counsel
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Jessica A. Green
Designated Resident Nevada Counsel's signature

12383                    jgreen@lipsonneilson.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

:5

Rev. 12/11

# Jurat

State of California

County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 17 day of September, 2013 by Christopher M. Seaw,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____  (Notary seal)
Signature

PAMELA KAHN
Commission # 1894855
Notary Public - California
San Francisco County
My Comm. Expires Aug 3, 2014

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Verified Petition for
(Title or description of attached document)
Recomission to practice
in this case only
(Title or description of attached document continued)

Number of Pages _____   Document Date _____

(Additional information)